[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14923
Non-Argument Calendar
_____

D.C. Docket No. 5:19-cr-00020-JDW-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIAN JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 16, 2020)

Before BRANCH, BRASHER, and FAY, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Brian Jones in this direct criminal appeal, has moved to withdraw from further representation of Defendant-Appellant Brian Jones and filed a brief under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel has correctly assessed the relative merits of the appeal. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.